# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>TODD E. CLUKEY, )<br>)<br>DEFENDANT ) | CRIMINAL NO. 2:11-CR-01-DBH |

## ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

After consulting with the Probation Office, and the government having no objection, the defendant's motion for early termination of supervised release is **GRANTED**.

**SO ORDERED.**

**DATED THIS 30TH DAY OF OCTOBER, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**